

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2007

**BY HAND**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Vincent Setteducate**
           **07 Cr. 1073**

Dear Judge Gorenstein:

       The Government respectfully submits this letter to request that the above-referenced Indictment be unsealed. The defendant has been notified of the associated arrest warrant through counsel this morning and has agreed to surrender later today for presentment in the Southern District of New York.

                               Respectfully submitted,

                               MICHAEL J. GARCIA
                             United States Attorney

              By: _____
                  Harry A. Chernoff
                  Assistant United States Attorney
                  Telephone: (212) 637-2481

cc: Donna Newman, Esq.

SO ORDERED:

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
Dated: November 30, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007