UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------------x

UNITED STATES OF AMERICA

      -against-

Vincent Setteducate

\------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08
```

ORDER

07 CR 1073
Docket #

Scheindlin , DISTRICT JUDGE:
  Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

Martin Stollar is hereby ordered to assume

representation of the defendant in the above captioned

matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
        Jan. 9, 2008