UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    - against -

VINCENT SETTEDUCATE,

    Defendant.
------------------------------------------------------------X

**ORDER**

07 Cr. 1073 (SAS)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/17/08*

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

For the reasons stated on the record at today's conference, defendant's motion to sever Count Three of the Indictment is granted and the government's cross-motion to admit certain evidence under rule 404(b) of the Federal Rules of Evidence is also granted.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            March 14, 2008

## - Appearances -

**For the Government:**

Harry A. Chernoff
Assistant United States Attorney
U.S. Attorney's Office
One St. Andrew's Plaza
New York, NY 10007
(212) 637 2481

**For Defendant:**

Martin R. Stolar, Esq.
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
(212) 219-1919