UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| - against - | 07 Cr. 1073 (SAS) |
| VINCENT SETTEDUCATE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Upon the application of MARTIN R. STOLAR, attorney for the defendant, and with the consent of Harry Chernoff, Esq., Assistant U.S. Attorney, it is hereby

ORDERED, that the Personal Recognizance bond authorizing the defendant's release be amended to provide that the defendant shall be permitted to travel to the District of Connecticut specifically 75 Yorkshire Drive, Hebron CT on March 22 and 23, 2008 for the purpose of visiting with his sister, Roseanne O'Leary.

Dated: New York, N.Y.
       March 18, 2008

_____
United States District Judge