UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - against -

VINCENT SETTEDUCATE,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

07 Cr. 1073(SAS)

RECEIVED CHAMBERS OF
JUL 08 2008
JUDGE SCHEINDLIN

DATE FILED: 7/10/08

    Upon the application of Martin R. Stolar, attorney for the defendant, it is hereby ordered that Zoe Dolan, Esq. is assigned pursuant to the Criminal Justice Act as co-counsel to assist Martin R. Stolar in defense of the above-captioned defendant and that her rate of compensation shall be limited to $65 per hour.

                                                                   Shira A. Scheindlin
                                                                   United States District Judge

Dated: July 8, 2008

# MARTIN R. STOLAR

Attorney at Law

351 Broadway • New York, NY 10013
Tel: (212) 219-1919 • Fax: (212) 941-0980
E-mail: mrslaw37@hotmail.com

July 7, 2008



Hon. Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, NY 10007

Re: U.S. v. Vincent Setteducate
07 Cr. 1073 (SAS)

Dear Judge Scheindlin:

Enclosed please find a proposed order for the appointment of Zoe Dolan. The CJA office has advised me that a CJA 20 form should be used by her in connection with the assignment.

Thank-you for assisting in this program.

Very truly yours,

Martin R. Stolar

MRS/s
cc: Zoe Dolan, Esq.