# MARTIN R. STOLAR

Attorney at Law
351 Broadway
New York, NY 10013
212-219-1919 (fax)212-9410980
mrslaw37@hotmail.com

August 3, 2008

**BY HAND & ECF**

Hon.Shira A. Scheindlin
United States District Court
500 Pearl Street
New York, NY 10007

Re: U.S. v.Vincent Setteducate
07 Cr. 1073 (SAS)

Dear Judge Scheindlin:

On behalf of the defendant, we request that you include the following in voir dire:

1.  Do you use a cellphone?  If "yes" then, do you ever use a bluetooth ear piece?  Why or why not?

2.  Do you use e-mail?  If "yes" then, how often and for what kinds of communications?

3.  Do you have any special familiarity with computer programming or networking?  If "yes" then, what is it and how was it acquired?

4.  Have you ever started a small business?  If "yes", then what kind and what

happened to it?  Did you raise money for it by seeking investors?

      5.  Have you every worked for or with a small business?  If "yes" then, describe your experience.

      5.  Do you invest in the stock market?  If "yes" then, what types of investments do you make?

      6.  Have you ever invested in a start-up company or a technology start up company?  If "yes" then, what happened to your investment?

      7.  Have you ever tried to raise capital by seeking investors?

      8.  If you own any kind of stock, have you ever, as a shareholder, made complaints to management or any agency of the state or federal government?

      9.  Have you ever used a nickname or a shortened version of your formal legal name?  If "yes" then, what was it and why did you do so?

      10.  Do you have any special familiarity with the securities laws of the United States?  If "yes" then, what is it and how did you acquire it?

      11.  Have you ever been involved in sales or marketing of goods or services?  If "yes" then, what is your experience?

                                      Very truly yours,

                                      _____/s/_____
                                      Martin R. Stolar

MRS/s                                       Zoe J. Dolan
cc: Harry Chernoff, Esq. (By hand and ECF)
     Vincent Setteducate